# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address*

Kyle Robert Morris, DOB: XX/XX/1998.

Case No.  26-4104MB

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Arizona_____.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B**.

**The Affidavit of Special Agent Jenifer J. Mulhollen is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____ April 15, 2026 _____.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_____.
       *(name)*
☐  I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)      ☐ for____ days (*not to exceed 30*)
                                                 ☐ until, the facts justifying, the later specific date of _____.

Camille D. Bibles   Digitally signed by Camille D. Bibles
                    Date: 2026.04.01 11:28:22 -07'00'

Date and time issued: _____

*Judge's signature*

City and State:  Flagstaff, Arizona_____      ___Honorable Camille D. Bibles, U.S. Magistrate Judge___
                                                            *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

5

## ATTACHMENT A

## PERSON TO BE SEARCHED

Name: Kyle Robert Morris

DOB: XX/XX/1998

Social Security Number: XXX-XX-0576

## ATTACHMENT B

## THINGS TO BE SEARCHED FOR AND SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from KYLE ROBERT MORRIS through cotton/buccal swabs to the mouth.

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

The person of Kyle Robert Morris,
Date of Birth XX/XX/1998.

)
)
)
)

Case No.  26-4104MB

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, <u>FBI Special Agent Jenifer J. Mulhollen</u>, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[ ] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 1153 and 2241(a) | CIR-Aggravated Sexual Abuse |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Alanna Kennedy

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____

**Sworn by Telephone**

Date/Time: _____

Date: _____

City and State:  Flagstaff, Arizona

JENIFER MULHOLLEN
Digitally signed by JENIFER MULHOLLEN
Date: 2026.04.01 07:31:25 -07'00'

*Applicant's Signature*

Jenifer J. Mulhollen, F.B.I. Special Agent
*Printed Name and Title*

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.04.01 11:27:57 -07'00'

*Judge's Signature*

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A
## PERSON TO BE SEARCHED

Name: Kyle Robert Morris

DOB: XX/XX/1998

Social Security Number: XXX-XX-0576

## ATTACHMENT B
## THINGS TO BE SEARCHED FOR AND SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from KYLE ROBERT MORRIS through cotton/buccal swabs to the mouth.

### AFFIDAVIT IN SUPPORT OF
### APPLICATION FOR SEARCH WARRANT

I, Jenifer J. Mulhollen, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      As set forth below, on August 14, 2025, within the confines of the Navajo Nation Indian Reservation, District of Arizona, Kyle Robert Morris (Kyle), Date of Birth: XX/XX/1998, Social Security Number: XXX-XX-0576, committed violations of Title 18, United States Code (U.S.C.) §§ 1153 and 2241(a), CIR-Aggravated Sexual Abuse.

2.      This affidavit supports the application for a search warrant authorizing the search of Kyle for evidence in the form of deoxyribonucleic acid (DNA) located in and on the body of Kyle. There is probable cause to believe that evidence of Aggravated Sexual Abuse, is located in and on the body of Kyle. Accordingly, this application requests authority to search Kyle as described in Attachment A, for evidence of this crime as described in Attachment B.

3.      I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since February 2013. As a Special Agent of the FBI, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code (U.S.C.), Section 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. I have received training on and have experience in investigating all manner of violent crimes on an Indian reservation, including but not limited to second degree murder and vehicular manslaughter. I am currently assigned to the Flagstaff Resident Agency. In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation (Navajo Nation) within the District of Arizona. Based on my training, education, and experience, I know that the Navajo Nation is a federally recognized tribe.

4.      The facts in this affidavit are based upon my training and experience, the investigation of other federal agents and law enforcement officers, either directly or indirectly through their reports or affidavits, and information obtained from witnesses.

1

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Investigation/Probable Cause**

5.      On August 15, 2025, B.B. called the Navajo Nation Police Department (NNPD) reporting Kyle Morris came to her residence and sexually assaulted her on August 14, 2026. B.B. self-identified as mentally disabled, and reported the assault occurred the day prior. Officer Calamity responded to B.B.'s residence and interviewed her alongside her mother. B.B. stated on August 14, 2025, a blue sedan arrived at her residence. A male exited the blue sedan and walked to the van where B.B. was staying, which is parked behind a house. B.B. identified the male as Kyle Morris from Birdsprings, Arizona. Kyle was intoxicated as he greeted B.B.

6.      B.B. told Kyle he needed to call or send her a text message before he came over. Kyle informed B.B. that he did not have a phone. B.B. stated that they both entered the van to "chill." A short time later, Kyle leaned over and began kissing B.B. on the left cheek of her face. B.B. pushed Kyle's face away with her left hand and told him to stop. Kyle asked B.B. if she wanted to go somewhere with him. Kyle mentioned he wanted to go to the store to get something to eat or drink. Kyle told B.B. to ask her mother if she could go with him.

7.      B.B. walked home and asked her mother if she could go with Kyle. After B.B. received permission to go with Kyle, Kyle and B.B. got in the blue sedan and left the residence at approximately 9:20 p.m. Kyle drove northbound on NR 60 into the tamaracks and parked. Kyle offered B.B. moonshine and other alcoholic drinks.

8.      B.B. stated that Kyle forced her to drink the moonshine. B.B. told Kyle to take her back to the residence. They left the wash area and began to travel northbound on NR 60 to the intersection on NR 60/15. Kyle turned east and began travelling eastbound and turned onto a dirt road, where he pulled over and began having sexual intercourse with B.B. B.B. described being scared for her life and telling Kyle she wanted to go home. When Kyle parked the car, he told B.B. to lie down in the back seat and to take off her pants. Kyle asked B.B. if he would use a condom. B.B. told Kyle, "You're stupid. You're getting

2

yourself in trouble." Kyle responded. "I'm a troubled boy. I'm a troubled man." B.B. went into the back seat and followed Kyle's directions because she was scared. B.B. confirmed that Kyle's penis penetrated her vagina and that Kyle ejaculated. Afterwards Kyle drove B.B. home.

9.     B.B.'s mother stated that Kyle is homosexual and is married to a Caucasian male. B.B. is related to Kyle; he is her cousin brother by Navajo clanship.

10.     Officer Calamity located Kyle and Mirandized him. Kyle waived his rights and agreed to speak to Officer Calamity. Kyle denied knowing B.B. or her mother. Kyle also denied being in the Dilkon community on August 14, 2025. Kyle stated he was in Flagstaff purchasing a trampoline.

11.     As part of the investigation, B.B. underwent a SANE examination. The SANE kit was then submitted to the FBI laboratory for testing.

12.     On or about March 11, 2026, your affiant received the results of the requested examinations. The laboratory identified semen on the swabs taken from B.B.'s vaginal area, external genital area, and vulvar vestibule.

13.     Your affiant also obtained a Certificate of Indian Blood identifying Kyle Morris as Navajo.

## Things to be Searched for and Seized

14.     A DNA standard from Kyle is needed to compare to the results of B.B.'s SANE kit. The FBI laboratory will perform the necessary direct forensic comparison upon receipt of a known DNA standard via buccal swab from Kyle.

15.     Accordingly, your affiant respectfully requests that a search warrant be issued authorizing the search and seizure of DNA from Kyle for the reasons stated above. Process of collection will be limited to the seizure of a DNA standard by the use of buccal swabs. Method of collection will be oral, that is, by inserting the buccal swabs into Kyle's mouth for the purpose of collecting saliva and cheek cells.

3

**Conclusion**

16.     Based on the foregoing, there is probable cause to believe that on or about August 14, 2025, in Dilkon, Arizona, Kyle Robert Morris committed a violation of CIR-Aggravated Sexual Abuse, in violation of 18 U.S.C. §§ 1153 and 2241(a), and that evidence and/or instrumentalities of the crime is located on the person of Kyle Robert Morris, particularly described in Attachment A, and the evidence to be searched for and seized is particularly described in Attachments B.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

JENIFER MULHOLLEN
Digitally signed by JENIFER MULHOLLEN
Date: 2026.04.01 07:32:19 -07'00'

_____
Jenifer Mulhollen
Special Agent, FBI

_____
Date

___X___ Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.04.01 11:27:28 -07'00'

_____
HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

4